UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PELICAN EQUITY, LLC, | |
| Plaintiff, | |
| -against- | 09 Civ. 5927 (NRB) |
| ROBERT V. BRAZELL, STEPHEN L. NORRIS, TALOS PARTNERS, LLC, RAMA RAMACHANDRAN, DARL McBRIDE, and BRYAN CAVE LLP, | |
| Defendants. | |

NOTICE OF MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT


PLEASE TAKE NOTICE that, upon the attached First Amended Complaint and the accompanying Memorandum of Law, Defendant Bryan Cave LLP ("Bryan Cave") by and through its undersigned counsel will move, at a date, time and location to be determined by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the First Amended Complaint, filed on September 18, 2009, with prejudice.

PLEASE TAKE FURTHER NOTICE that, pursuant to the stipulated briefing schedule agreed to between counsel for Bryan Cave and counsel for Plaintiff, as set forth in Bryan Cave's letter to the Court dated September 24, 2009, and ordered by the Court, opposing papers shall be filed by Plaintiff on November 9, 2009 and Bryan Cave's reply shall be filed on November 18, 2009.

PLEASE TAKE FURTHER NOTICE that Defendant Bryan Cave requests oral argument on the present motion at a date, time and location to be established by the Court.

Dated: October 13, 2009
      New York, NY

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/   Moses Silverman          

Moses Silverman
1285 Avenue of the Americas
New York, New York  10019-6064
Tel.   (212) 373-3000
Fax   (212) 757-3990
msilverman@paulweiss.com

*Attorneys for Defendant Bryan Cave LLP*