Kevin P. McBride (*admitted pro hac vice*)
MCBRIDE LAW, PC
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA  90274
(310) 265-4427

Paul R. Niehaus (PN-3994)
NIEHAUS LLP
1359 Broadway, Suite 2001
New York, New York  10018
(212) 631-0223
*Attorneys for Defendant McBride*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PELICAN EQUITY, LLC,

        Plaintiff,     09 Civ. 5927 (NRB)
             ECF Case
vs.

ROBERT V. BRAZELL, STEPHEN L. NORRIS,
TALOS PARTNERS, LLC,     **NOTICE OF**
RAMA RAMACHANDRAN,     **CHANGE OF ADDRESS**
DARL McBRIDE AND BRYAN CAVE LLP,

        Defendants.
_____

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD,

        Pursuant to Local Rule 1.3 of this Court, PLEASE TAKE NOTICE of the following

attorney information changes for Kevin McBride, admitted *pro hac vice* as counsel for

Defendant Darl McBride:

    The new address and telephone number are as follows:

        Kevin P. McBride
        McBRIDE LAW, PC
        609 Deep Valley Drive, Suite 200
        Rolling Hills Estates, CA  90274
        (310) 265-4427 (telephone)

(310) 265-4431 (facsimile)
km@mcbride-law.com

Dated: November 13, 2009
    Rolling Hills Estates, CA

                                          MCBRIDE LAW, P.C.

                                          _____
                                          KEVIN R. McBRIDE
                                          (*admitted pro hac vice*)
                                          609 Deep Valley Drive Suite 200
                                          Rolling Hills Estates, CA  90274
                                          (310) 265-4427
                                          km@mcbride-law.com

                                          *Attorney for Defendant*
                                          *Darl McBride*

# CERTIFICATE OF SERVICE

1.    I am a partner in McBride Law, PC, 609 Deep Valley Drive, Suite 200, Rolling Hills Estates, CA 90274, counsel for defendant Darl McBride. I am over 18 years of age and am not a party to his action.

2.    I hereby certify that on the 14th day of November, 2009, I filed the foregoing Notice of Change of Address via the Southern District of New York's ECF System, which will deliver electronic notice of filing to the following:

| | |
|---|---|
| Steven Altman<br>Eric P. Rosenberg<br>Altman & Company, PC<br>260 Madison Ave. 22nd Floor<br>New York, NY 10016<br><br>-and-<br><br>James E. Nesland<br>Cooley Godward Kronish, LLP (CO)<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021<br>*Attorneys for Plaintiff* | James M. Ringer<br>Jeanette Renee' Blair<br>Meister, Seelig & Fein, LLP<br>Two Grand Central Tower<br>140 E. 45th St., 19th Floor<br>New York, NY 10017<br>*Attorneys for Defendants Talos,*<br>  *Ramachandran, Brazell and Norris*<br><br>Gerard E. Harper<br>Moses Silverman<br>Samuel Ethan Bonderoff<br>Paul, Weiss, Rifkind, Wharton<br>  & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>*Attorneys for Defendant Bryan Cave LLP* |

Dated:   November 14, 2009
             Rolling Hills Estates, CA

s/ Kevin P. McBride