UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

| | | |
|---|---|---|
| PELICAN EQUITY, LLC, | : | [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |
| Plaintiff, | : | |
| vs. | : | Case No. 09 Civ. 5927 (NRB) |
| ROBERT V. BRAZELL, STEPHEN L. NORRIS, TALOS PARTNERS, LLC, RAMA RAMACHANDRAN, DARL McBRIDE, and BRYAN CAVE LLP | : | |
| Defendants. | : | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/09

------------------------------------ X

Upon the Motion (the "Motion) of James E. Nesland for an order permitting him to withdraw as counsel for Plaintiff Pelican Equity, LLC, the Declaration of James E. Nesland, and the parties in interest having received good and sufficient notice of the Motion; it is hereby

ORDERED, that pursuant to Local Civil Rule 1.4 of the Southern District of New York, the Motion of is granted and James E. Nesland is no longer counsel of record for Plaintiff Pelican Equity, LLC in this action.

Dated: New York, New York
November 23, 2009

SO ORDERED:

_____
United States District Judge