```
USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
PELICAN EQUITY, LLC,

               Plaintiff,

     - against -

ROBERT V. BRAZELL, STEPHEN L.
NORRIS, TALOS PARTNERS, LLC,
RAMA RAMACHANDRAN, DARL McBRIDE,
and BRYAN CAVE LLP,

               Defendants.
----------------------------------X

**ORDER**

09 Civ. 5927(NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the Court held oral argument on three motions to dismiss on May 20, 2010; and

    **WHEREAS** at the argument the Court raised threshold issues concerning its subject matter jurisdiction; and

    **WHEREAS** the parties requested, and were afforded, the opportunity to submit briefing on those threshold issues; and

    **WHEREAS** the Court cannot properly decide the pending motions prior to resolving the issue of its subject matter jurisdiction; it is hereby

    **ORDERED** that the respective motions to dismiss filed by defendants Darl McBride (Dkt. No. 26) and Bryan Cave (Dkt. No. 31), as well as plaintiff's motion to dismiss the Talos Defendants' counterclaim (Dkt. No. 38) are each denied <u>without</u> prejudice to being refiled, if appropriate, upon a new notice of motion

supported by the existing papers, after the Court's adjudication of the subject matter jurisdiction issues.

Dated:      New York, New York
            May 26, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

Steven Altman, Esq.
Eric P. Rosenberg, Esq.
Altman & Company  P.C.
260 Madison Avenue, 22nd Floor
New York, NY 10016

James M. Ringer. Esq.
Jeanette R. Blair, Esq.
Meister Seelig & Fein LLP
2 Grand Central Tower
140 East 45th Street - 19th Floor
New York, NY 10017

Moses Silverman, Esq.
Samuel E. Bonderoff, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Paul R. Niehaus, Esq.
Niehaus LLP
1359 Broadway, Suite 2001
New York, NY 10018

Kevin P. McBride, Esq.
McBride Law, PC
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274