Exhibit A

FILED DISTRICT COURT
Third Judicial District

NOV 2 4 2008

SALT LAKE COUNTY

By_____
Deputy Clerk

David M. Wahlquist (Bar No. 3349)
Rod N. Andreason (Bar No. 8853)
**KIRTON & McCONKIE**
1800 Eagle Gate Tower
60 East South Temple
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
dwahlquist@kmclaw.com
randreason@kmclaw.com

ENTERED IN REGISTRY
OF JUDGMENTS
DATE ___11/26/08___

Attorneys for Plaintiffs Fairstar Resources Ltd and Goldlaw Pty Ltd

---

## IN THE THIRD JUDICIAL DISTRICT COURT IN AND FOR
## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| FAIRSTAR RESOURCES LTD and GOLDLAW PTY LTD,<br><br>          Plaintiffs,<br><br>v.<br><br>AMERICAN INSTITUTIONAL PARTNERS, LLC; AIP LENDING, LLC; and MARK ROBBINS,<br><br>          Defendants. | **JUDGMENT AGAINST DEFENDANTS AMERICAN INSTITUTIONAL PARTNERS, LLC, AIP LENDING, LLC, AND MARK ROBBINS**<br><br>Civil No.  080916464<br><br>Judge Sandra N. Peuler |

Pursuant to the stipulation of counsel for Plaintiffs Fairstar Resources Ltd and Goldlaw

Pty Ltd and Defendants American Institutional Partners, LLC, AIP Lending, LLC, and Mark

Robbins, and being otherwise advised in the premises, the Court hereby

ORDERS, ADJUDGES, AND DECREES as follows:

1.      Judgment is hereby granted in favor of Fairstar Resources Ltd and Goldlaw Pty

Ltd and jointly and severally against Defendants American Institutional Partners, LLC, AIP

Judgment against Defendants American institutional

JD27524855                       pages   4
080916464  AMERICAN INSTITUTIONAL PAR

Lending, LLC, and Mark Robbins, based upon the claims set forth in the Complaint, in the amount of Two Million Two Hundred Ninety-Six Thousand Six Hundred Fifty-One Dollars and Thirty-Eight Cents ($2,296,651.38) plus interest thereon at the legal rate from November 21, 2008 until paid in full, as well as attorney fees and costs incurred in collection of said judgment.

2.      Said judgment will be final and non-appealable.

3.      Nothing herein shall affect Plaintiffs' right to challenge the dischargeability of the obligations reduced to judgment herein in any bankruptcy proceeding where any of the defendants is a debtor.

4.      The pending Bench Warrant previously issued against Mark Robbins is hereby released and of no further force or effect.

DATED this 24 day of November, 2008.

BY THE COURT

The Honorable Sandra N. Peuler
Third District Court Judge

Approved as to form:

DURHAM, JONES & PINEGAR

By: _____
    Jeffrey M. Jones
    Attorneys for Defendants

2

KIRTON & McCONKIE

By: _David M. Wahlquist_
    David M. Wahlquist
    Rod N. Andreason
    Attorneys for Plaintiffs

3

## CERTIFICATE OF SERVICE

I hereby certify that on this __24th__ day of November, 2008, a true and correct

copy of the foregoing **JUDGMENT AGAINST DEFENDANTS AMERICAN**

**INSTITUTIONAL PARTNERS, LLC, AIP LENDING, LLC, AND MARK ROBBINS** was

served by the method indicated below, on the following:

| | | |
|---|---|---|
| [ ] | U.S. MAIL | Jeffrey M. Jones |
| [ X ] | HAND DELIVERY | David Tufts |
| | | DURHAM JONES & PINEGAR |
| | | 111 East Broadway, #900 |
| | | Salt Lake City, Utah 84111 |

*David McDahlquist*

4