# Exhibit B

**FILED DISTRICT COURT**
Third Judicial District

FEB 2 6 2009

SALT LAKE COUNTY

By_____
Deputy Clerk

David M Wahlquist (Bar No. 3349)
Rod N. Andreason (Bar No. 8853)
**KIRTON & McCONKIE**
1800 Eagle Gate Tower
60 East South Temple
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
dwahlquist@kmclaw.com
randreason@kmclaw.com

Attorneys for Plaintiffs Fairstar Resources Ltd and Goldlaw Pty Ltd

|                                                                                          |                                                                                  |
| ---------------------------------------------------------------------------------------- | -------------------------------------------------------------------------------- |
| IN THE [barcode] VD28212390 pages: 4 080916464 AMERICAN INSTITUTIONAL PAR                |                                                                                  |
| FAIRSTAR RESOUR<br>GOLDLAW PTY LTD,<br><br>Plaintiffs,<br>v.<br><br>AMERICAN INSTITUTIONAL PARTNERS, LLC; AIP LENDING, LLC; and MARK ROBBINS,<br><br>Defendants. | **MOTION AND ORDER IN SUPPLEMENTAL PROCEEDINGS**<br><br>(American Institutional Partners, LLC)<br><br>Civil No. 080916464<br><br>Judge Sandra N. Peuler |

**MOTION FOR SUPPLEMENTAL ORDER**

Plaintiffs Fairstar Resources Ltd and Goldlaw Pty Ltd, by and through counsel, hereby represent to the Court that on November 24, 2008, this Court entered judgment in their favor and against Defendants American Institutional Partners, LLC, AIP Lending, LLC, and Mark Robbins in the amount of Two Million Two Hundred Ninety-Six Thousand Six Hundred Fifty-One Dollars and Thirty-Eight Cents ($2,296,651.38) plus interest thereon at the legal rate from

November 21, 2008 until paid in full, as well as attorney fees and costs incurred in collection of said judgment, and that Defendants have failed to satisfy this judgment.

Upon the foregoing grounds, Plaintiffs hereby move the Court pursuant to Rule 64(c)(2) and (c)(3) of the Utah Rules of Civil Procedure to issue the attached order requiring Defendant American Institutional Partners, LLC to appear before the Court at a specific time and place to answer concerning its property and to produce any and all documentation related to any and all of its assets.

The documents that shall be produced by Defendant American Institutional Partners, LLC include, but are not limited to, bank account numbers, bank statements, titles or deeds to real or personal property, local state and federal tax returns, mutual fund statements, retirement accounts, stocks, bonds, or insurance policies, and business interests or memberships, plus any and all other documentation of any assets or income.

DATED this 17th day of February, 2009.

KIRTON & McCONKIE

David M. Wahlquist
Rod N. Andreason
*Attorneys for Plaintiffs*

2

## SUPPLEMENTAL ORDER

Upon motion of counsel for Plaintiffs Fairstar Resources Ltd and Goldlaw Pty Ltd, and for good cause appearing therefrom:

**IT IS HEREBY ORDERED** that Defendant American Institutional Partners, LLC appear at the Third Judicial District Court, Salt Lake County, at 450 South State Street, Salt Lake City, Utah, 846114 on ~~THURSDAY~~ *Tuesday*, ~~FEBRUARY~~ *March* ~~26~~ *3*, 2009 at *2*:00 *P*.m., Courtroom *W-32*, to answer concerning their property and provide documentation as requested in Plaintiffs' Motion and Order in Supplemental Proceedings. If Defendant American Institutional Partners, LLC fails to appear at this examination, it may be deemed in contempt of court, and an arrest warrant may be issued and/or appropriate sanctions imposed by the Court.

**IT IS FURTHER ORDERED** that Defendants may not dispose of any non-exempt property owned by them pending this examination.

**MADE AND ENTERED** this *17* day of February, 2009.

BY THE COURT:

_____
Third District Court Judge

Service shall be made personally on
Defendant American-Institutional Partners, LLC at:

Jeffrey M. Jones
Registered Agent, American Institutional Partners, LLC
Durham Jones & Pinegar
111 East Broadway, #900
Salt Lake City, Utah 84111

3

FEB-26-2009 THU 10:11 AM   constables office        FAX NO. 8012555714        P. 03

‹et #458603                CONSTABLE'S RETURN        Case/Judge: 080916464 SNP
                                                    AMERICAN INSTITUTIONAL

I, **ORSON MADSEN**
ig first duly sworn on oath and say: I am a duly appointed Deputy Constable, SALT LAKE County, State of UT, a citizen of the
ted States over the age of 21 years at the time of service herein, and not a part of or interested in the within action.

I received the within and hereto annexed,
**MOTION AND ORDER IN SUPPLEMENTAL PROCEEDINGS**

February 26, 2009      , and served the same upon
**AMERICAN INSTITUTIONAL PARTNERS, LLC**

within named Defendant in said article(s) by serving a true copy of said article(s) for the defendant with

**JEFFREY M. JONES (ATTORNEY)**
person of suitable age and discretion there residing at
**111 EAST 300 SOUTH #900, SALT LAKE CITY**
iis/her usual place of BUSINESS,                                       on February 26, 2009

further certify that at the time of service of the said article(s), I endorsed the date and place of service and added my name and
official title thereto.

                                    on February 26, 2009

                                    Deputy                             SL 802

                           ROBERT J. REITZ, CONSTABLE, SALT LAKE County
                     7026 SOUTH COMMERCE PARK DR. SUITE 1-B, MIDVALE, UT 84047, 801-255-5468

                                              SERVICE CHARGES:        15.00
                                              TOTAL CHARGES:          $15.00

**NOTES**

[Stamp, upside down:]
FILED
THIRD DISTRICT COURT
09 FEB 26 PM 4:35
SALT LAKE DEPARTMENT
BY _____
DEPUTY CLERK